UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Gordon LAURIA | : | | |
|     Petitioner, | : | | |
| v. | : | Case No. | 3:01cv1893 (PCD) |
| | : | | 3:96cr185 (PCD) |
| UNITED STATES OF AMERICA, | : | | |
|     Respondent. | : | December 20, 2006 | |

## GOVERNMENT'S MOTION FOR RECONSIDERATION

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves the Court pursuant to Rule 60(b), Federal Rules of Civil Procedure, for reconsideration of the district court's decision dated December 13, 2006, granting in part the motion of Gordon Lauria to Vacate, Modify or Correct his Sentence pursuant to 28 U.S.C. § 2255.

The arguments and law in support of the government's motion are set forth in the accompanying Memorandum of Law submitted herewith.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    ALEX V. HERNANDEZ
    SUPERVISORY ASSISTANT U.S. ATTORNEY
    915 LAFAYETTE BOULEVARD
    BRIDGEPORT, CT 06604
    (203) 696-3000
    Federal Bar No.: ct08345

## CERTIFICATION OF SERVICE

      This is to certify that on December 20, 2006, a copy of the within and foregoing was mailed, postage prepaid to the *pro se* defendant:

      GORDON LAURIA, *pro se*
      Prisoner Identification Number 10210-014
      P.O. Box 1000
      Otisville, New York 10963

                                               Alex V. Hernandez