## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                                   Case No. 3:96 cr 185 (PCD)

GORDON LAURIA

ORDER RE: REDUCTION OF SENTENCE RE: CRACK COCAINE OFFENSE

The Defendant is not eligible for a reduced sentence in accordance with § 1B1.10, comments.(n.1(A)) and (n.2), because the amendment does not lower the applicable guideline range, and all other guideline application decisions remain unaffected.

SO ORDERED.

Dated at New Haven, Connecticut, June 17, 2008.

/s/ _____
Peter C. Dorsey, Senior
United States District Judge