# UNITED STATES DISTICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 3:96-cr-185(RNC) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| GORDON LAURIA, | ) November 14, 2016 |
| | ) |
| Defendant. | ) |

## DEFENDANT GORDON LAURIA'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. 3582(c)(2)

Gordon Lauria, Defendant pro se, respectfully moves for a sentence reduction pursuant to 18 U.S.C. 3582(c)(2) based on a retroactive amendment to the United States Sentencing Guidelines, i.e., Amendment 782. For the reasons set forth in Lauria's accompanying memorandum of law in support of this motion, Lauria respectfully requests that the Court grant the instant motion and either order a re-sentencing or enter an amended judgment reducing Lauria's prison term to 262 months.

Respectfully submitted,

_Gordon Lauria_

Gordon Lauria, pro se
Reg. No. 10210-014
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via First-Class U.S. Mail on this 14 day of November, 2016, upon:

Peter Markle, AUSA
U.S. Attorney's Office--D.Conn.
157 Church Street
New Haven, CT 06510

By: *[signature]*
Gordon Lauria